UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| MELANIE HUTE, | ) |
| | ) Case No. _____ |
| Plaintiff, | ) |
| | ) (Clinton County Case No. 07231 |
| vs. | ) LACV048865) |
| | ) |
| GUARDIAN INDUSTRIES, LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF REMOVAL OF CIVIL ACTION**

COMES NOW Defendant, Guardian Industries, LLC, by and through its attorneys, O'Connor & Thomas, P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby gives notice of the removal of this action from the Iowa District Court for Clinton County to the United States District Court for the Southern District of Iowa and in support thereof states as follows:

1. The Original Notice and Petition in this action were filed in the Iowa District Court for Clinton County on February 17, 2023. Copies of the Original Notice and Petition are attached hereto as Exhibits "A" and "B."

2. Defendant Guardian Industries, LLC was served with the Original Notice and Petition on February 23, 2023. A copy of the Return of Service is attached hereto as Exhibit "C."

3. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court within 30 days after service of the Original Notice and Petition upon Defendant and is therefore timely.

1

4. This action may be removed to the United States District Court for the Southern District of Iowa pursuant to 28 U.S.C. §§ 1332 and 1441 because the parties are citizens of different states, Defendant Guardian Industries, LLC is not a citizen of Iowa, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. The Petition does not, on its face, indicate either the required diversity of citizenship or the required amount in controversy and, therefore, pursuant to Local Rule 81(a)(4), Defendant states the following facts to demonstrate satisfaction of the jurisdictional requirements necessary for removal:

   a. Plaintiff Melanie Hute lives at 320 Jefferson Street, Toronto, Iowa and is a resident of Clinton County, Iowa. See Clinton County Assessor Info Card, attached hereto as Exhibit "D."

   b. Defendant Guardian Industries, LLC is a limited liability company duly organized under the laws of the State of Delaware. See Business Entity Summary, Iowa Secretary of State, attached hereto as Exhibit "E." For diversity purposes, the citizenship of an LLC is determined by the citizenship of all of its members. GMAC Commercial Credit LLC v. Dillard Dept. Stores, Inc., 357 F.3d 827, 829 (8th Cir. 2004). Guardian Industries, LLC's members are a series of Delaware LLCs, all of which are owned by Koch Industries, Inc. Koch Industries, Inc. is, and at all times material hereto has been, a Kansas corporation with its principal place of business in Kansas. See Business Entity Summary, Iowa Secretary of State, attached hereto as Exhibit "F." As a corporation, Koch Industries is a citizen of any state in which it has been incorporated and the state in which it has its principal place of business. See 28 U.S.C. § 1332(c)(1) (2023). Therefore, Guardian Industries, LLC and all of its member LLCs are citizens of Kansas for purposes of diversity jurisdiction.

2

c. Defendant reasonably believes the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, because Plaintiff's counsel told Defendant's counsel that Plaintiff's initial demand would be $250,000.00.

6. Pursuant to Local Rule 81(a)(2), Defendant states that there are no pending motions in the state court action.

7. Pursuant to Local Rule 81(a)(3), Defendant states that the only attorney to have appeared in the state court action is Plaintiff's counsel:

> Brian Keit
> 500 Willow Avenue, Suite 502
> Council Bluffs, IA 51503
> Phone: 641-451-1353
> Fax: 319-483-7238
> Email: brian@keitlaw.com

8. Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action has been given simultaneously to Plaintiff's counsel and a Notification of Filing Notice of Removal in Federal Court is simultaneously being filed with the Iowa District Court for Clinton County.

> GUARDIAN INDUSTRIES, LLC, Defendant
>
> By  /s/ *Davin C. Curtiss*
>     Davin C. Curtiss    AT0001808
>
> By  /s/ *Christopher C. Fry*
>     Christopher C. Fry    AT0002683
>
> O'CONNOR & THOMAS, P.C.
> 1000 Main Street
> Dubuque, IA 52001
> Telephone: 563-557-8400
> Facsimile: 888-391-3056
> E-Mail: dcurtiss@octhomaslaw.com
>        cfry@octhomaslaw.com
>
> *ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2023, I filed the foregoing with the Clerk of Court using the Court's ECF system.

I further hereby certify that on March 15, 2023, I served a copy of the foregoing on the following via U.S. Mail and e-mail:

Attorney Brian Keit
Keit Law Office PC
500 Willow Ave STE 502
Council Bluffs, IA  51503
brian@keitlaw.com
*Attorney for Plaintiff*

/s/ *Christopher C. Fry*

# IN THE IOWA DISTRICT COURT FOR CLINTON COUNTY

| | |
|---|---|
| MELANIE HUTE,<br><br>    Plaintiff,<br><br>v.<br><br>GUARDIAN INDUSTRIES LLC,<br><br>    Defendant. | CASE NO.: LACV048865<br><br><br>**CIVIL ORIGINAL NOTICE** |

### TO THE ABOVE NAME DEFENDANT:

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant in this action. A copy of the petition and jury demand is attached to this notice.

You are further notified that the above case has been filed in a county that utilizes electronic filing. Unless, within 20 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file a motion or answer, in the Iowa District Court for Clinton County, at the courthouse in Clinton, Iowa, Judgement will be rendered against you for the relief demanded in the petition. Please see Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator. If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942

**IMPORTANT: YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.**



EXHIBIT
A

# Iowa Judicial Branch

Case No. **LACV048865**
County **Clinton**

Case Title **MELANIE HUTE V. GUARDIAN INDUSTRIES LLC**

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(563) 328-4145**. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

Date Issued **02/17/2023 11:17:04 AM**



District Clerk of Court or/by Clerk's Designee of Clinton   County
**/s/ Amy Shumake**

IN THE IOWA DISTRICT COURT FOR CLINTON COUNTY

| | |
|---|---|
| **MELANIE HUTE**, <br><br> Claimant, <br><br> v. <br><br> **GUARDIAN INDUSTRIES, LLC.**, <br><br> Defendant. | Case No._____ <br><br><br> **ORIGINAL PETITION AND JURY TRIAL DEMAND** |

**COMES NOW**, Melanie Hute, and sues Guardian Industries, respectfully averring the following:

1. On the date of injury alleged herein, November 10, 2021, Melanie Hute was employed by QPS Employment Group, a staffing agency.

2. On the date of injury alleged herein, QPS Employment Group assigned Melanie Hute to work at, under the direction of, and for the benefit of Guardian Industries, LLC, at their plant located in DeWitt, Iowa, in Clinton County, Iowa, although she was not an employee of Guardian Industries, LLC.

3. On the date of injury alleged herein, the following acts and omissions occurred by Guardian Glass Industries, LLC which caused personal injury to Melanie Hute:

   a) Guardian Glass Industries, LLC instructed Melanie Hute to shovel and scoop powdery fine glass debris in cullet tunnels.

EXHIBIT B

b) There were no respirators left, so a supervisor for Guardian Glass Industries, LLC, Mr. Kyler Burkey, instructed Melanie Hute to just use a surgical mask.

c) Approximately 45 minutes after beginning said work, and exposure to said glass dust, Melanie Hute began noticing a problem breathing, chest pressure, a rash developed on her chest and arms and she coughed up blood, requiring her to seek emergency medical care on the date of injury at Unity Pointe Trinity Hospital in Bettendorf.

4. Melanie Hute received additional medical care and testing when her symptoms did not resolve after several weeks.

5. Guardian Glass Industries, LLC, had a duty of reasonable care to its temp worker, Melanie Hute, and breached said duty by negligently instructing Melanie Hute to sweep glass dust without appropriate PPE, thereby causing aforementioned serious pulmonary injury which was reasonably foreseeable to occur.

6. Melanie Hute has sustained damages in excess of the jurisdictional minimum, to wit:

a) Past, present, and future pain and suffering,

b) Past present and future medical expenses

c) Loss of earning capacity.

7. Venue is proper because the injury occurred in Clinton County, Iowa.

**WHEREFORE**, Melanie Hute prays the Court set a trial by jury to hear all issues and direct Defendant to provide all relief appropriate under the law.

**KEIT LAW OFFICE PC**

By\_\_\_\_/s/Brian Keit_____
Brian Keit, AT: 0013544
500 Willow Ave STE 502
Council Bluffs, IA 51503
P: (641) 451-1353
F: (319) 483-7238
E: brian@keitlaw.com

ATTORNEY FOR PLAINTIFF

ORIGNAL E-FILED

Copy to:

Guardian Glass Industries, LLC
Registered Agent
3106 Ingersoll Avenue
Des Moines, IA 50312
*Via personal service*

*POLK COUNTY SHERIFF'S OFFICE*          *SHERIFF KEVIN J. SCHNEIDER*

Civil Division | 222 – 5th Avenue Des Moines, IA, 50309     Sheriff's Office (515) 286-3940 | Fax (515) 286-3410

## RETURN OF SERVICE
### In the IA District Court for CLINTON COUNTY COURT

| MELANIE HUTE | VS | GUARDIAN INDUSTRIES LLC |
|---|---|---|

Sheriff #: 23007177
Case #: LACV048865
Received: 2/23/2023
Service Number: 166993

---

**STATE OF IOWA POLK COUNTY } §**

I certify that I served a copy of:
X ONP/Jury Demand

On: 2/23/2023 4:09:00 PM
To: GUARDIAN INDUSTRIES LLC by delivering a copy to NIKKI REICHARDS
    a person at least 18 years of age described as FRONT DESK
Manner Served: COMPANY REPRESENTATIVE
Address of Service: 3106 Ingersoll Ave C/O UNITED AGENT GROUP INC, Des Moines, IA 50312
Notes: Served company rep @front desk- Nikki Reichards

### Attempts
Date: 2/23/2023 4:09:00 PM
Address: 3106 Ingersoll Ave C/O UNITED AGENT GROUP INC, Des Moines, IA 50312
Note: SERVED COMPANY REP @FRONT DESK- NIKKI REICHARDS

---

| FEES | Kevin J Schneider, Sheriff of Polk County, Iowa |
|---|---|
| Total: $63.93 | |
| | Deputy/Server: Patrick McIlhon |

**EXHIBIT C**

Entered by Janet Lose - 2/24/2023 8:29:17 AM.

PDF-PIN: 002+36-0041-0000  Clinton County Assessor  Mon, 11/21/2022; 8:01 PM  Page: 1
320 JEFFERSON ST, TORONTO

Deed: HUTE DOMINQUE & DOROHTY MELANIE
Contract:
CID#: 08-17-485-001
DBA:
MLS:

Map Area: TORONTO
Route: 350-004-040
Tax Dist: 0420-TORONTO CORP
Plat Page: 32
Subdiv: [NONE]

Checks/Tags:
Lister/Date: SF, 11/18/2020
Review/Date: AB, 05/27/2021
Entry Status: Estimated

Urban / Residential
Legal: Section: ; Twp: ; Rng: ; Block: ; Lot: ; Deeded Acres: 0.000
ORIGINAL TOWN TORONTO W1/2 OF LOTS 3 & 4 BLK 9

### Land

| Land Basis | Front | Rear | Side 1 | Side 2 | R. Lot | SF | Acres | Depth/Unit | EFF/Type | Qual./Land |
|---|---|---|---|---|---|---|---|---|---|---|
| FF Main | 73.00 | 73.00 | 132.00 | 132.00 | 0.00 | | 0.221 | 0.96 | 70.08 | R-100 |
| Sub Total | | | | | | 9,636.00 | 0.221 | | | |
| Grand Total | | | | | | 9,636.00 | 0.221 | | | |

### Utilities / Zoning / Land Use

| | | | |
|---|---|---|---|
| FF Main | Street | Conc | |
| | All Public/Well | Not Applicable | Not Applicable |

### Building Permits

| Date | Number | Tag | $ Amount | Reason |
|---|---|---|---|---|

### Sales

| Date | $ Amount | NUTC | Recording |
|---|---|---|---|
| 11/09/2022 | $82,400 | D0 | 2022-08602 |
| 09/01/2021 | $78,000 | D0 | 2021-09166 |
| 09/30/2016 | $60,000 | D0 | 2016-07301 |
| 11/16/2011 | $20,000 | D49 | 2011/08849 |

### Values

| Type | Pr Yr: 2022 |
|---|---|
| Land | $7,010 |
| LandC | |
| Dwlg | $61,860 |
| Impr | |
| Total | $68,870 |


EXHIBIT D

## Res. Structure

| Field | Value |
|---|---|
| Occ. Code | 101 |
| Occ. Descr. | Single-Family / Owner Occupied |
| Year Built | 1920 |
| EFA / EFYr | 102 / 1920 |
| Arch. Dsgn | Old Style |
| Style | 2 Story Frame |
| AreaSF/TLA | 676 / 1,644 |
| GLA 1st/2nd | 968 / 676 |
| Condition | BL NML |
| Basement | Full |
| No Bsmt Flr. | 0 |
| Heat | FHA - Gas |
| AC | Yes |
| Attic | Floor & Stairs |

## Finish

| Field | Value |
|---|---|
| Ttl Rooms Above # | 6 |
| Ttl Rooms Below # | 0 |
| Bedrooms Above # | 3 |
| Bedrooms Below # | 0 |
| Foundation | Concrete/Block |
| Exterior Walls | Alum / Stl |
| Roof | Mtl / Hip |
| Interior Finish | Plas |
| Flooring | Carp / Vinyl |

### Non-base Heating

| Field | Value |
|---|---|
| Floor/Wall # | 0 |
| Pipeless # | 0 |
| Hand Fired (Y/N) | No |
| Space Heat # | 0 |

### Appliances

| Field | Value |
|---|---|
| Range Unit | |
| Oven - Single | Built-In Vacuums |
| Oven - Double | Intercom System |
| Dishwasher | BI Stereo(SpkrsOnly) |
| Microwave | |
| Trash Compactor | |
| Jennair | |
| Security System | |

## Plumbing

| Fixture | Count |
|---|---|
| Standard Bath - 3 Fixt | 1 |
| Shower Stall Bath - 3 Fixt | |
| Toilet Room (1/2 Bath) | 1 |
| Lavatory | |
| Water Closet | |
| Sink | |
| Shower Stall/Tub | |
| Mtl St Sh Bath | |
| Mtl Stall Shower | |
| Wet Bar | |
| Cust Bath - 3 Fixt | |
| Custom Tub | |
| No Hot Water Tank | |
| No Plumbing | |
| Sewer & Water Only | |
| Water Only w/Sink | |
| Hot Tub | |
| Bidet | |
| Fbgls Service Sink | |
| Urinal | |
| Sauna | |
| Cust Bath - 4 Fixt | |
| Cust Tile Full Bath | |
| Cust Tile SS Bath | |
| Cust Bath - 5 Fixt | |
| Cust Tile Shower | |
| Cust Tile SSB +lav | |
| Cust Tile SSB w/Std Tub | |
| Cust Tile SSB - 5 Fixt | |
| Cust Bath +lav | |
| Cust Bath w/Cust SS | |
| Cust Bath w/Cust SS +lav | |

### Fireplace

(empty)

## Addition

| Field | Value |
|---|---|
| Addition | 1 of 2 |
| Year Built | 1920 |
| EFA | 102 |
| EFA Year | 1920 |
| Style | 1 Sty Fr. |
| Area (SF) | 244 |
| Condition | Below Normal |
| Bsmt (SF) | 244 |
| NoBsmt Flr(SF) | |
| Heat | FHA - Gas |
| AC | Yes |
| Attic (SF) | |

See other pages for more additions.

## Garage

| Field | Value |
|---|---|
| Garage | No garages |
| Style | WXL |
| Area (SF) | |
| Year Built | |
| EFA | |
| EFF Year | |
| Condition | |
| Bsmt (SF) | |
| Qtrs Over | |
| Qtrs Over (SF) | |
| Qtrs AC (SF) | |
| Interior Finish | |
| Interior Finish (SF) | |
| Door Oprrs | |
| Stalls- Bsmt / Std | |



| Bldg/Adtn | | Description | Units | Year |
|---|---|---|---|---|
| | | 101 -- Single-Family / Owner Occupied | | |
| P:1 | | 2 Story Frame | 676 | |
| | | Base Heat: FHA - Gas | | |
| | | Add Central Air | 676 | |
| | | Add Floor & Stairs attic | | |
| | #1 | Porch: 1S Frame Enclosed | 48 SF | |
| | #2 | Porch: 1S Frame Enclosed | 176 SF | |
| | | Plumbing | 2 | |
| 1 of 2 | Adtn | 1 Story Frame | 244 SF | 1920 |
| | | Basement area | 244 SF | |
| 2 of 2 | Adtn | 1 Story Frame | 48 SF | 1920 |
| | | Basement area | 48 SF | |



Sketch 1 of 1





# IOWA SECRETARY OF STATE
# Paul D. Pate

Home | Business Services | Search Databases | Online Filing | Elections | Notaries | Nonprofits | Youth

Home » Search Databases » Business Entities » Results » Summary

# Business Entity Summary                                    print

Summary | Address | Agent | Filings | Names | Officers | Stock | Protected Series | Search Again

Print Certificate of Authorization

Searched: guardian industries

| Business No. | Legal Name | Status |
|---|---|---|
| 553068 | GUARDIAN INDUSTRIES, LLC | Active |
| Type | State of Inc. | Modified |
| Legal | DE | No |
| Expiration Date | Effective Date | Filing Date |
| PERPETUAL | 8/18/2017 2:51 PM | 8/18/2017 2:51 PM |
| Chapter | | |
| CODE 489 FOREIGN LIMITED LIABILITY COMPANY | | |

## Names (Viewing 1 of 1)

| Type | Status | Modified | Name |
|---|---|---|---|
| Legal | Active | No | GUARDIAN INDUSTRIES, LLC |

## Registered Agent or Reserving Party

| Full Name |
|---|
| UNITED AGENT GROUP INC. |

| Address | Address 2 |
|---|---|
| 3106 INGERSOLL AVENUE | |

| City, State, Zip |
|---|
| DES MOINES, IA, 50312 |

## Home Office

| Full Name |
|---|
| |

| Address | Address 2 |
|---|---|
| 2300 HARMON RD | |

| City, State, Zip |
|---|
| AUBURN HILL, MI, 48326 |

↑ Back to Top

FEATURED RESOURCES

QUICK LINKS | ONLINE SERVICES | SEARCH

**Business Services**
- Change of Registered Agent
- Credit Card Authorization Form
- Fast Track Filing - Biennial Report Demo
- Reinstatement Information

**Elections**
- Request an Absentee Ballot
- Am I Registered to Vote in Iowa?
- Register to Vote
- Track Your Absentee Ballot
- Find Your Precinct/Polling Place









EXHIBIT E



# IOWA SECRETARY OF STATE
# Paul D. Pate

## Business Entity Summary

print

FEATURED RESOURCES

QUICK LINKS | ONLINE SERVICES | SEARCH

**Business Services**
- Change of Registered Agent
- Credit Card Authorization Form
- Fast Track Filing - Biennial Report Demo
- Reinstatement Information

**Elections**
- Request an Absentee Ballot
- Am I Registered to Vote in Iowa?
- Register to Vote
- Track Your Absentee Ballot
- Find Your Precinct/Polling Place

Summary | Address | Agent | Filings | Names | Officers | Stock | Protected Series | Search Again

Print Certificate of Registration

Searched: **koch industries**

| Business No. | Legal Name | Status |
|---|---|---|
| 148473 | KOCH INDUSTRIES, INC. | Inactive |
| **Type** | **State of Inc.** | **Modified** |
| Registered | KS | No |
| **Expiration Date** | **Effective Date** | **Filing Date** |
| 12/31/1991 12:00 AM | 1/23/1991 12:16 PM | 1/23/1991 12:16 PM |

**Chapter**
CODE 490 FOREIGN PROFIT

## Names (Viewing 1 of 1)

| Type | Status | Modified | Name |
|---|---|---|---|
| Registered | Active | No | KOCH INDUSTRIES, INC. |

## Registered Agent or Reserving Party

| Full Name | | |
|---|---|---|
| None on file. | | |
| **Address** | | **Address 2** |
| | | |
| **City, State, Zip** | | |

## Home Office

| Full Name | | |
|---|---|---|
| KOCH INDUSTRIES INC. | | |
| **Address** | | **Address 2** |
| PO BOX 2256 | | |
| **City, State, Zip** | | |
| WICHITA, KS, 67201 | | |

↑ Back to Top



EXHIBIT F