UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| MELANIE HUTE, | ) | |
| | ) | Case No. 3:23-cv-00016-SMR-SBJ |
| Plaintiff, | ) | |
| | ) | (Clinton County Case No. 07231 |
| vs. | ) | LACV048865) |
| | ) | |
| GUARDIAN INDUSTRIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND**

COMES NOW Defendant, Guardian Industries, LLC, by and through its attorneys, O'Connor & Thomas, P.C., and for its Answer to Plaintiff's petition states as follows:

1. Defendant denies the allegations of paragraph 1.

2. Defendant admits that Plaintiff was assigned to work at, under the direction of, and for the benefit of Defendant at its plant in DeWitt, Clinton County, Iowa on November 10, 2021. Defendant denies the remaining allegations of paragraph 2.

3. Defendant denies the allegations of paragraph 3, including the allegations of subparagraphs a), b), and c).

4. Defendant denies the allegations of paragraph 4 for lack of information.

5. Defendant denies the allegations of paragraph 5.

6. Defendant denies the allegations of paragraph 6.

7. Defendant admits the alleged injury occurred in Clinton County, Iowa and that venue in the U.S. District Court for the Southern District of Iowa is proper. Defendant denies the remaining allegations of paragraph 7.

1

WHEREFORE, Defendant Guardian Industries, LLC respectfully requests that the Court dismiss Plaintiff's petition, assess the costs of the action to Plaintiff, and grant such other and further relief to Defendant as is just and appropriate under the circumstances.

**AFFIRMATIVE DEFENSES**

COMES NOW Defendant Guardian Industries, LLC and for its affirmative defenses states:

1. Plaintiff's petition fails to state a claim upon which relief can be granted.

2. At the time of the injury alleged herein, Plaintiff was a dual employee and/or an employee of Defendant such that her exclusive remedy against Defendant was provided by Iowa's Workers' Compensation Act.

3. Defendant intends to rely upon the doctrine of comparative fault, as expressed in Iowa Code Chapter 668, to the extent it is applicable to the facts of this case.

4. Plaintiff's recovery should be reduced after reduction for comparative fault due to Plaintiff's failure to mitigate damages as may be hereafter discovered.

5. Defendant reserves the right to amend its Answer and Affirmative Defenses to assert additional affirmative defenses as may be hereafter discovered.

**JURY DEMAND**

Defendant Guardian Industries, LLC hereby demands a trial by jury.

                GUARDIAN INDUSTRIES, LLC, Defendant

                By   /s/ *Davin C. Curtiss*
                     Davin C. Curtiss      AT0001808

                By   /s/ *Christopher C. Fry*
                     Christopher C. Fry     AT0002683

                O'CONNOR & THOMAS, P.C.

1000 Main Street
Dubuque, IA  52001
Telephone:  563-557-8400
Facsimile:   888-391-3056
E-Mail:  dcurtiss@octhomaslaw.com
cfry@octhomaslaw.com

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2023, I filed the foregoing with the Clerk of Court using the Court's ECF system.

I further hereby certify that on March 15, 2023, I served a copy of the foregoing on the following via U.S. Mail and e-mail:

Attorney Brian Keit
Keit Law Office PC
500 Willow Ave STE 502
Council Bluffs, IA  51503
brian@keitlaw.com
*Attorney for Plaintiff*

        /s/ *Christopher C. Fry*